UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Juan Ramon MARQUEZ,<br><br>    Defendant. | Magistrate Case No. '21 MJ02297<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about June 5, 2021, within the Southern District of California, Defendant Juan Ramon MARQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien(s), namely Jhonatan De Jesus HERMOSILLO Ruiz has not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th of June 2021.

HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Victoria Guzman, declare under penalty of perjury the following to be true and correct:

The complainant states that Jhonatan De Jesus HERMOSILLO-Ruiz, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impractical to secure his attendance at trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On June 5, 2021, at approximately 9:33 A.M., Juan Ramon MARQUEZ (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a Kia Optima. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his United States Passport and said he was going to Moreno Valley, California with nothing to declare from Mexico. The CBP Officer conducted a cursory inspection of the vehicle and discovered a person concealed between the rear seat and a speaker box.

In secondary, responding CBP Officers assisted the concealed person out from in between the speaker box and rear seat backrest. This individual was later identified as Jhonatan De Jesus HERMOSILLO-Ruiz, determined to be citizen of Mexico without lawful documents to enter the United States, and is now being held as a Material Witness.

On June 5, 2021, at approximately 11:26 A.M., Defendant was advised of his Miranda rights and elected to make a statement. Defendant admitted he verbally made arrangements with the concealed male to take him to San Diego, California for a fee of $5,000 USD. Defendant admitted the money was transferred to his girlfriend's bank account while they were waiting for inspection at the San Ysidro Port of Entry vehicle lanes.

Probable Cause Statement continued on page 2…

Continuation of Probable Cause Statement
RE: U.S. v. Juan Ramon MARQUEZ

A video-recorded interview was conducted with the Material Witness who stated he is a citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated he agreed to pay a $10,000 USD smuggling fee. Material Witness stated he paid half of his fee upfront and would later pay the rest of the fee once he arrived to his final destination in California. Material Witnesses stated he was going to California to seek employment.

Executed on this 6th day of June, 2021 at 8:00 A.M.

_____
Victoria Guzman / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named herein committed the offense on June 5, 2021, in violation of Title 8, United States Code, Section 1324.

_____　　　　　　　　　　9:32 AM, Jun 6, 2021
HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE　　　　　DATE / TIME

2